UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JOE HAND PROMOTIONS, INC.,

Plaintiff,

-against-

YAIR BEN-ZAKEN, et al.,

Defendants.
-----------------------------------------------------------x

**ORDER**

25 Civ. 10412 (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court has been informed that the parties have reached a settlement in principle in this matter. *See* ECF No. 26. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within forty-five days of this Order, *i.e.*, by **September 18, 2026**. Any application to reopen that is filed after forty-five days from the date of this Order may be denied solely on that basis.

Dated: August 4, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge